HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-202-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR PRETRIAL MOTIONS |
| AHMAD MCADORY, | |
| Defendant. | |

THE COURT, having considered the unopposed motion of the defense, the records and files herein, and the motion for continuance of the pretrial motions date, hereby makes the following findings:

1. The Court finds that a failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering an extension for the time in which to file pretrial motions.

IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed in this case is extended from March 18, 2021 to April 1, 2021.

///

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND DEADLINE FOR PRETRIAL
MOTIONS
*U.S.A. v. McAdory,* CR20-202-RSM- 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1

2  DONE this 19th day of March, 2021.

3

4

   RICARDO S. MARTINEZ
5  CHIEF UNITED STATES DISTRICT
   JUDGE
6

7

8  Presented by:

9
   s/ *Gregory Geist*
10 Assistant Federal Public Defender
   Attorney for Ahmad McAdory
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND DEADLINE FOR PRETRIAL
MOTIONS
*U.S.A. v. McAdory,* CR20-202-RSM- 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**