The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-202 RSM |
| Plaintiff, | ORDER CONTINUING TRIAL DATE |
| v. | |
| AHMAD JEROME MCADORY, | |
| Defendant. | |

Having considered the record in this matter, and the General Orders of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, which are incorporated herein by reference, the Court hereby FINDS as follows:

1. In light of the recommendations made by the Centers for Disease Control and Prevention (CDC) and Public Health for Seattle and King County regarding social distancing measures required to stop the spread of COVID-19, it is still not possible at this time to proceed with a jury trial.

2. The Western District of Washington will resume in-person criminal jury trials on May 17, 2021, with one jury trial proceeding at a time in each courthouse. *See* GO

Order Continuing Trial Date
*United States v. Ahmad McAdory*, CR20-202 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

04-21. Criminal jury trials have been prioritized for trial in May and June primarily based on the age of the case and the defendant's custody status. Mr. McAdory is in custody, but he first appeared in this District relatively recently, on February 25, 2021.

3. For the foregoing reasons, the Court finds that the failure to grant a continuance of the trial date in this case would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i). Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by continuing the trial in this case outweigh the best interest of the public and the defendant in a speedier trial.

IT IS THEREFORE ORDERED that the trial date is continued to June 21, 2021. The pretrial motions deadline is continued to May 6, 2021.

IT IS FURTHER ORDERED that the period time from the filing of the government's motion to continue trial, up to and including the new trial date of June 21, 2021, shall be excludable time pursuant to 18 U.S.C. § 3161.

Dated this 8th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

Approved via Email:

*/s/ Gregory Geist*
GREGORY GEIST
Counsel for Ahmad McAdory

Order Continuing Trial Date
*United States v. Ahmad McAdory*, CR20-202 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970