THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AHMAD MCADORY, ) <br> ) <br> Defendant. ) <br> ) | No. CR20-202-RSM <br><br> ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE GUILTY PLEA HEARING VIA VIDEOCONFERENCE |

THE COURT has considered the unopposed motion of the parties to proceed forward with a guilty plea hearing via videoconference and finds that:

(a) Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." A plea hearing in this case cannot be delayed without serious harm to the interests of justice; and

(b) Mr. McAdory would like to plead guilty and resolve the case in a timely fashion; and

(c) Mr. McAdory wishes to enter a plea as soon as possible in light of anticipated delay associated with the COVID pandemic and a desire to alleviate presumptive backlogged court calendars following the COVID recovery process. Mr.

ORDER GRANTING UNOPPOSED MOTION
TO SCHEDULE GUILTY PLEA HEARING
VIA VIDEOCONFERENCE   - 1
*(USA v. Ahmad McAdory;* CR20-202RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  McAdory believes that the Court may not be as able to accommodate a timely
2  resolution of his case in the future as more cases are delayed; and
3           (d) a videoconference guilty plea hearing would avoid further delays in the
4  ultimate sentencing in this case, which would cause "serious harm to the interests of
5  justice." See General Order No. 04-20 (3/30/20).
6           IT IS THEREFORE ORDERED that this matter should be set for a guilty plea
7  hearing via videoconference before the magistrate judge as soon as possible.
8           DONE this 13th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Gregory Geist*
Assistant Federal Public Defender
Attorney for Ahmad McAdory

ORDER GRANTING UNOPPOSED MOTION
TO SCHEDULE GUILTY PLEA HEARING
VIA VIDEOCONFERENCE   - 2
*(USA v. Ahmad McAdory;* CR20-202RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100