The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 20-CR-202-RSM |
| Plaintiff, | |
| | ORDER GRANTING MOTION TO SEAL EXHIBIT 3 TO OPPOSITION TO DEFENDANT'S MOTION TO RELEASE |
| v. | |
| AHMAD JEROME MCADORY | |
| Defendant. | |

This matter has come before the Court on the motion to seal Exhibit 3 to Opposition to Defendant's Motion to Release.   The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit 3 to Opposition to Defendant's Motion to Release, due to the sensitive information contained therein.

///
///
///

Sealing Order
*United States v. McAdory,* CR20-202 RSM

- 1 -

1    IT IS HEREBY ORDERED that Exhibit 3 to Opposition to Defendant's Motion to
2 Release be filed under seal.
3    DATED this 14th day of June, 2021.
4
5
6 RICARDO S. MARTINEZ
7 CHIEF UNITED STATES DISTRICT JUDGE
8
9 Presented by:
10 */s/ Jessica Manca*
   JESSICA MANCA
11 Assistant United States Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Sealing Order
*United States v. McAdory,* CR20-202 RSM

- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970