THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AHMAD MCADORY, ) <br> ) <br> Defendant. ) | No. CR 20-202-RSM <br><br> ORDER TO <br> SEAL DOCUMENT |

THIS MATTER has come before the undersigned on the motion of Ahmad McAdory to file his Notice of Filing a CD containing three video recordings, under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Mr. McAdory's Notice of Filing a CD and the three video recordings all be filed under seal.

DONE this 29th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Ahmad McAdory

ORDER TO SEAL DOCUMENT
(US v. McAdory; CR20-202RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100